371 A.2d 1292

Basil v. Basil, Appellant.

Argued November 10, 1976. Richard L. Neff, and Havey and Neff, submitted a brief for appellant; Robert E. Harper, with him Alter, Wright & Barron, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

371 A.2d 1294

Behling et ux. v. Kosiorek et al., Appellants.

Argued November 9, 1976. David K. McMullin, for appellants; Donald J. Lee, with him Dougherty, Larrimer & Lee, for appellees.

Decree affirmed.